# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01862-DDD-SKC

CATHERINE RAMIREZ,

    Plaintiff,

v.

LEGACY MANAGEMENT, LLC,
MYPLACE COS, LTD. d/b/a MY PLACE HOTELS, and
THE RIVETT GROUP, L.L.C.

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), jointly stipulate to dismissal of all claims with prejudice and state as follows:

1. The parties have settled their dispute and entered into a confidential settlement agreement, and they jointly wish to dismiss this case with prejudice, with each party to pay her or its own costs and attorneys' fees.

2. As required by Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this stipulation for dismissal is signed by all parties who have appeared in the action or by their attorneys.

WHEREFORE, the parties ask this Court to dismiss this case with prejudice, with each party to pay her or its own costs and attorneys' fees.

Respectfully submitted this 26th day of May, 2022.

DATED: May 26, 2022                          */s/ Christopher G. Wilhelmi*
                                             Christopher G. Wilhelmi, Esq.
                                             Attorney for Plaintiff

DATED: May 26, 2022                          */s/ Matthew J. Hegarty*
                                             Matthew J. Hegarty
                                             Attorney for Defendant MPCOS, LLC

DATED: May 26, 2022                          */s/ Jacqueline R. Guesno*
                                             Jacqueline R. Guesno
                                             Attorney for Defendant Legacy Management,
                                             LLC and The Rivett Group, L.L.C.

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 26th day of May 2022, I caused a true and correct copy of the foregoing to be electronically filed and served on all counsel of record listed below via CM/ECF:

*Attorney for Defendant MyPlace COS, Ltd.*
Matthew J. Hegarty
Kaitlin I. Spittell
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Telephone: (303) 628-3300
hegartym@hallevans.com
spittellk@hallevans.com

*Attorney for Defendant Legacy Management, LLC and The Rivett Group, L.L.C.*
Jacqueline R. Guesno
JACKSON LEWIS P.C.
950 17th Street, Suite 2600
Denver, Colorado 80202
Telephone: (303) 892-0404
Jacqueline.Guesno@jacksonlewis.com

               *s/ Zeta Graves*
               Zeta Graves